**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AAA, a Minor, by her next friend and parent, Amir Abdul-Alim and Hafsa Elarfaoui, and on their own behalf,<br><br>      Plaintiffs<br><br>v.<br><br>Clark County School District, and Dr. Rachael Davis,<br><br>      Defendants | Case No. 2:20-cv-0195-JAD-BNW<br><br>**Order Striking Letter Request**<br><br>[ECF No. 67] |

The court is in receipt of the plaintiff's letter dated May 15, 2020, referencing "Inconsistencies" and "requesting recusal of the Hon. Magistrate Brenda Weksler's participation in [this] case."[1]

The court does not respond to, or take action as a result of, letter requests. Local Rule IA 7-1(b) explains that requests for relief must be brought as a motion:

> [A] pro se party must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties. The court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice.[2]

IT IS THEREFORE ORDERED that **the Clerk of Court is directed to STRIKE plaintiff's letter filed at ECF No. 67** because a request for recusal must be brought by motion, not by letter. Plaintiff is further cautioned that if he chooses to file a motion seeking recusal of

---

[1] ECF No. 67.

[2] L.R. IA 7-1(b).

the magistrate judge, that motion must be supported by a memorandum of points and authorities.[3]

Dated: May 18, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] L.R. 7-2(a).