UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AAA, A MINOR, BY HER NEXT FRIEND AND PARENT, AMIR ABDUL-ALIM AND HAFSA ELARFAOUI, and on their own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, AND DR. RACHEL DAVIS,<br><br>Defendants. | Case No. 20-cv-00195-JAD-BNW<br><br>**ORDER** |

Before the Court is Defendant Clark County School District's ("CCSD") Request to Reschedule the July 16, 2020 Settlement Conference. CCSD seeks a new settlement conference date based upon: (1) the granting of co-defendant Dr. Rachel Davis' Motion to Dismiss, which CCSD says results in a need to "reassess its case and associated settlement options and strategies;" (2) a supposed inability to prepare for the settlement conference due to COVID-19; and, (3) CCSD's current failure to receive Plaintiff's complete due process proceeding record.

The Court is not inclined to push off the settlement conference for two months. COVID-19 will likely still be an issue in the fall, and it should not take two months to reassess settlement strategy. However, the lack of access to Plaintiff's complete due process proceeding may adversely impact the parties' ability to reach settlement.

Accordingly,

IT IS HEREBY ORDERED that the July 16, 2020 Settlement Conference date is VACATED.

IT IS FURTHER ORDERED that each party is to call Chambers for the undersigned, at 702-464-5580, **no later than 5 p.m. on July 14, 2020**, and state whether the party is available for a settlement conference on any or all of the following dates:

- August 19, 2020

1

- August 20, 2020
- August 21, 2020

IT IS FURTHER ORDERED that a minute order providing the new settlement conference date will be issued promptly thereafter.

Dated this 10th day of July, 2020.

                                                                ELAYNA J. YOUCHAH
                                                              UNITED STATES MAGISTRATE JUDGE

2