**MOT**
Amir Abdul-Alim AND
Hafsa Elarfaoui
5412 Retablo Ave #3
Las Vegas, Nevada 89103
Phone: 702-371-8224
Email: aabdulalim@aol.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **AAA**, A MINOR, BY HER NEXT FRIEND AND PARENT, **AMIR ABDUL-ALIM,** <br><br> AND <br><br> **HAFSA ELARFAOUI**, and on their own behalf, <br><br> Plaintiff *Pro Se*, <br><br> vs. <br><br> **CLARK COUNTY SCHOOL DISTRICT**, <br><br> Defendant. | Case No.:  **2:20-cv-00195-JAD-BNW** <br><br> **PLAINTIFFS' MOTION TO SET ASIDE A SCHEDULING CONFERENCE** |

**TO: THE ABOVE-ENTITLED COURT, ALL PARTIES HEREIN, AND ALL COUNSEL OF RECORD:**

COMES NOW Plaintiff parents Hafsa Elarfaoui and Amir Abdul-Alim Pro Se, by and through Plaintiffs' daughter (hereafter "AAA"), hereby submits its PLAINTIFFS' MOTION TO SET ASIDE A SCHEDULING CONFERENCE.

The Plaintiff's list on file herein and avers that…

On December 2, 2020, the Defendant CCSD, answers or otherwise appears. As of today,' the date listed herein, no other parties have appeared.

1
2
3
4
5
6

Plaintiffs hereby move this Court, pursuant to LR 22-1, to set aside a scheduling conference at the Court's earliest convenience to address procedures and to further proceedings in this case to advise the court about the status of service on all defendants who have not appeared. Also, to develop a briefing schedule or discovery plan and scheduling with this Honorable Court, the parties, and to resolve the parties' competing claims.

7
8
9

Therefore, Plaintiffs respectfully request that the Court to set aside a scheduling conference at its earliest convenience to address procedures and a schedule for future proceedings.

10
11
//

**IT IS ORDERED that ECF No. 276 is GRANTED.**

12
13
//

14
//

15
//

16
//

17

**The Court hereby schedules a status conference for 1/15/2021 at 10:00 a.m. in LV Courtroom 3B. The parties should reference ECF No. 253 for details on how to participate in this hearing via telephone or Zoom.**

18
//

19
//

20
//

**At the conference, the parties must be prepared to discuss the status of the case, what remains to be done, and what is needed to complete discovery.**

21
//

22

**IT IS SO ORDERED**

23
//

**DATED:** 4:09 pm, December 09, 2020

24
//

25
//

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

26
//

27
//

28

//

DATED this 3rd day of December 2020.

Respectfully Submitted By:

_Amir A Abdul-Al_

Amir Abdul-Alim (Plaintiff) *Pro Se*
5412 Retablo Ave #3
Las Vegas, Nevada 89103
Phone: 702-371-8224
Email: aabdulalim@aol.com

## CERTIFICATE OF MAILING

　　　　I HEREBY CERTIFY that on the 3rd day of  December  2020, Plaintiff placed a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO SET ASIDE A SCHEDULING CONFERENCE,** in the United States Mail, with first-class postage prepaid, addressed to **Phoebe V. Redmond, Esq.** on behalf of CCSD (and on behalf of crucial witness and employees) and, to **David Gardner, Esq.** on behalf of **State of Nevada, Department of Education** ( and on behalf of crucial witness and employees), to **Brigette E. Foley, Esq.** on behalf of crucial witness (Dr. Rachel Davis) to the address as following…

| | |
|---|---|
| **CLARK COUNTY SCHOOL DISTRICT** | AND, |
| **(CCSD)** Office of The General Counsel | State of Nevada, Department of Education |
| **Attn: Phoebe V. Redmond, ESQ.** | **ATTN: David Gardner ESQ.** |
| (Assistant General Counsel) | Nevada Attorney General |
| 5100 West Sahara Avenue | 555 E. Washington Ave. |
| Las Vegas, Nevada 89146 | Suite 3900 |
| redmopv@nv.ccsd.net | Las Vegas, NV 89101 |
| Phone \| (702) 799-5373 | 702-486-3898 |
| *Attorney for CCSD* | Fax: 702-486-3416 |
| | Email: dgardner@ag.nv.gov |
| | *Attorney for interested parties…* |
| AND, | *Jhone Ebert* |
| Wilson, Elser, Moskowitz, Eldelman & Dicker | *Connie Torres* |
| LLP | *Jamie Resch* |
| **Attn: Brigette E. Foley, Esq** | *Elizabeth Ashley* |
| (on behalf of Dr. Rachel Davis) | *William Jensen* |
| 6689 Las Vegas Blvd., Suite 200 | *And,* |
| Las Vegas, NV 89119 | *Crucial Witness* |
| Brigette.foley@gmail.com | *Perry Zirkel* |
| Phone \| (702) 727-1400 | |
| *Attorney for crucial witness Dr. Rachel Davis* | |