PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
redmopv@nv.ccsd.net
*Attorney for Clark County School District, et al*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AAA, A MINOR, BY HER NEXT FRIEND AND PARENT, AMIR ABDUL-ALIM AND HAFSA ELARFAOUI, and on their own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, ET AL.<br><br>AND,<br><br>STATE OF NEVDA DEPARTMENT OF EDUCATION, ET AL.,<br><br>Defendants. | CASE NO.: 2:20-cv-00195-JAD-BNW<br><br>**DEFENDANT CLARK COUNTY SCHOOL DISTRICT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED CIVIL RIGHTS COMPLAINT [ECF NO. 420]**<br><br>(**FIRST REQUEST**) |

COMES NOW, Defendant Clark County School District (hereinafter referred to as "Defendant CCSD"), by and through its legal counsel, Phoebe V. Redmond, Assistant General Counsel, hereby submits this **DEFENDANT CLARK COUNTY SCHOOL DISTRICT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED CIVIL RIGHTS COMPLAINT [ECF NO. 420]**

/./

This Motion is based upon the pleadings on file herein, the attached Memorandum of Points and Authorities, and any oral argument the Court may permit at the hearing of this matter.

DATED this 27th day of April, 2021.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL


By: */s/ Phoebe V. Redmond*
PHOEBE V. REDMOND, ESQ
Nevada Bar #9657
5100 West Sahara Avenue
Las Vegas, NV 89146
*Attorney for Clark County School District, et al*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiffs initiated this action in the Eighth Judicial District Court of Nevada on December 27, 2019. (ECF No. 1). This action was removed to the United States District Court for the District of Nevada on January 29, 2020. (ECF No. 4). On November 18, 2020, Plaintiffs filed a First Amended Complaint (ECF No. 255).[1] Plaintiff's Second Amended Complaint was filed April 13, 2021. Accordingly, the deadline for Defendant CCSD to file a responsive pleading to Plaintiffs' Complaint is April 27, 2021. For good cause, Defendant CCSD, through its counsel now respectfully requests that the Court extend the Defendant CCSD's deadline to respond to Plaintiffs' Second Amended Complaint up to and including Tuesday, May 11, 2021. This is due primarily to the number of issues and research required to be included in Defendant CCSD's responsive pleading. Since Plaintiffs' Second Amended Complaint was granted

---

[1] Defendant CCSD filed its Answer to Plaintiffs' First Amended Complaint on December 2, 2020. (ECF No. 274).

Plaintiffs served each CCSD Defendant at their place of business, notwithstanding that as counsel of record I agreed to accept service for all CCSD Defendants. This manner of service greatly affected my clients which I was able to assuage on a one to one basis over the last week or so. In addition, I was required to review, respond and advise clients related to approximately nine filings with over 30 attendant exhibits submitted in this case since April 13, 2021. No amount of preplanning could have allowed me to prepare a response for Defendant CCSD by today's deadline. It is physically impossible to provide a competent responsive pleading as of today's date.

## II. LEGAL ARGUMENT

"When an act may or must be done within a specified time, the court may, for good cause, extend the time on motion made after the time has expired if the party fails to act because of excusable neglect." Fed. R. Civ. P. 6(b); *see also* LR IA 6-1. "The Court has inherent power and discretion to control its docket, and the proceedings within the cases on its docket." Rule 6(b)(l) allows for a party to move for an enlargement of time, the determination of which lies with the presiding court. "The Court has inherent power and discretion to control its docket, and the proceedings within the cases on its docket." *Ford v. County of Missoula, Mont.,* 2010 U.S. Dist. LEXIS 57511, 2010 WL 2674036, 1 (D. Mont., 2010) *(citing Landis v. North American Co.,* 299 U.S. 248, 254, 57 S. Ct. 163, 81L.Ed.153 (1936); *see also,* Fed. R. Civ. P. 6(b) (advisory committee note, 1946) ("Rule 6(b) is a rule of general application giving wide discretion to the court to enlarge these limits or revive them after they have expired ... ").

/./

/./

/./

/./

### III. CONCLUSION

Based upon the forgoing, it is respectfully request that Defendant CCSD be grant an extension of time up to and including Tuesday, May 11, 2021 to submit its responsive pleading to the Second Amended Complaint.

DATED this 27th day of April, 2021.

**For good cause shown, IT IS ORDERED that ECF No. 436 is GRANTED.**

**IT IS SO ORDERED**

**DATED:** 1:56 pm, May 10, 2021

*(signature)*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Phoebe V. Redmond*
PHOEBE V. REDMOND, ESQ
Nevada Bar #9657
5100 West Sahara Avenue
Las Vegas, NV 89146
*Attorney for Clark County School District, et al*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of April, 2021, the foregoing **DEFENDANT CLARK COUNTY SCHOOL DISTRICT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED CIVIL RIGHTS COMPLAINT [ECF NO. 420]** was filed through the Nevada United States District Court CM/ECF System and served upon the following person(s) in the manner(s) listed below:

*Via Electronic*
Amir Abdul-Alim and
Hafsa Elarfaoui
5412 Retablo Avenue, #3
Las Vegas, NV 89103
aabdulalim@aol.com
*Plaintiffs in Proper Person*

                                    */s/ Eva Martinez*
                                    AN EMPLOYEE OF THE OFFICE OF THE
                                    GENERAL COUNSEL – CCSD