# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AAA, et al., | Case No. 2:20-cv-00195-JAD-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| Clark County School District, et al., | |
| Defendants. | |

Presently before the Court are several motions, including ECF Nos. 461, 476, 477, 498, and 475. The Court addresses each motion in turn below.

## I.     ECF No. 461

Defendant CCSD moves to quash a subpoena issued to Defendant Weires, which requests certain documents. ECF 461. No opposition has been filed. The Court will grant the motion under LR 7-2(d) as unopposed.

## II.    ECF No. 476

Defendant CCSD filed a motion to compel. ECF No. 476. Plaintiff opposed this motion at ECF No. 495. Defendant CCSD replied at ECF No. 500. The Court will deny this motion. It is not clear exactly what it is Defendant CCSD is attempting to compel. Defendant CCSD has not complied with LR 26-6(b), which requires the party compelling discovery to set forth in full the text of the discovery originally sought and any response to it. Accordingly, this motion will be denied. Further, the Court notes that any request for an extension of discovery deadlines needs to be filed by in a separate motion under LR IC 2-2(b) and comply with LR 26-3.

## III.   ECF No. 477

Plaintiff filed a motion to compel. ECF No. 477. Defendant CCSD opposed this motion at ECF No. 496. Plaintiff replied at ECF No. 501. The Court will deny ECF No. 477. First, there has been no proper meet and confer under LR 26-6(c). Next, Plaintiff has not complied with LR 26-

6(b), which requires the party compelling discovery to set forth in full the text of the discovery originally sought and any response to it. The Court has spent an enormous amount of time resolving Plaintiff's prior motions due to his failure to comply with this Local Rule and explicitly told Plaintiff it would not continue to do so. Accordingly, ECF No. 477 is denied.

### IV. ECF No. 498

Defendant CCSD filed a motion to strike Plaintiff's addendum to the motion to compel. ECF No. 498. The addendum sought to be stricken is at ECF 494. Plaintiff opposed this request at ECF No. 502. Defendant CCSD replied at ECF No. 504. The Court grants the motion under LR 7-2(g), which prohibits supplementation without leave of court. In addition, the Court made exceedingly clear that the deadline to file any motions pertaining to discovery matters was May 21, 2021. ECF No. 415. As such, Plaintiff will not be allowed to supplement his request. The Court also notes that, in any event, this supplement suffers from the same deficiencies as ECF No. 477. Accordingly, ECF No. 498 is granted.

### V. ECF No. 471/475

Plaintiff filed a motion to join the state of Nevada, the Department of Education and its employees, and Clark County School District and its employees as parties. ECF No. 471. The corrected image of ECF No. 471 is at ECF No. 475. Defendants DOE and Hearing Officers opposed this motion at ECF No. 487. Plaintiff replied at ECF No. 490. Defendant CCSD also opposed this motion at ECF No. 492, and Plaintiff replied at ECF No. 499. The Court denies the motion, as the parties intended to be joined are already defendants in the case. Based on this, the Court will not address any of the other arguments. The Court will not impose sanctions on Plaintiff at this time but admonishes him—for the last time—not to file frivolous motions. Plaintiff has caused this Court and the opposing parties to spend numerous hours on illogical requests, which also often fail to comply with the Federal Rules of Civil Procedure and the Local Rules.

**IT IS THEREFORE ORDERED** that ECF No. 461 is GRANTED.

**IT IS FURTHER ORDERED** that ECF No. 476 is DENIED.

**IT IS FURTHER ORDERED** that ECF No. 477 is DENIED.

**IT IS FURTHER ORDERED** that ECF No. 498 is GRANTED.

**IT IS FURTHER ORDERED** that ECF No. 475 is DENIED.

**IT IS FURTHER ORDERED** that the hearing scheduled for 8/12/2021 is VACATED.

DATED: August 9, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE